IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS MARIO ALMANZA, III,

    Petitioner,                            No. 2:12-cv-2808 KJN P

    vs.

MATTHEW CATE,

    Respondent.                          <u>ORDER</u>

_____/

        On February 11, 2013, petitioner filed an opposition to respondent's request for extension of time, and requested that the court expedite ruling on the instant petition based on petitioner's anticipated release date of October 27, 2013. However, as noted by petitioner, the court has discretion to grant extensions of time. By order filed January 31, 2013, respondent was granted until March 29, 2013, in which to file a responsive pleading. Moreover, the court cannot rule on the petition until the record is complete. Thus, the court denies petitioner's motion. However, respondent is cautioned that no further extensions of time will be granted.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion (dkt. no. 12) is
2  denied without prejudice.
3  DATED: March 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6  alma2808.den