IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS MARIO ALMANZA, III,

    Petitioner,                    No. 2:12-cv-2808 WBS KJN P

    vs.

MATTHEW CATE,

    Respondent.                  <u>ORDER</u>

/

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 19, 2013 denial of his application for a writ of habeas corpus. On July 10, 2013, petitioner filed a motion for certificate of appealability. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

      For the reasons set forth in the magistrate judge's April 19, 2013 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Therefore, a certificate of appealability should not issue in this action.

1  On July 10, 2013, petitioner renewed his motion for appointment of counsel   There
2  currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius
3  v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the
4  appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule
5  8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the
6  interests of justice would be served by the appointment of counsel.  Thus, petitioner's motion is
7  denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for certificate of appealability (ECF No. 23) is denied; and

2. Petitioner's motion for appointment of counsel (ECF No. 26) is denied.

DATED: July 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/alma2808.830